# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00482-CV

### S. V., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-20-007029, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## O R D E R

PER CURIAM

Appellant S.V. filed his notice of appeal on August 4, 2022. The appellate record was complete on August 16, 2022, making appellant's brief due on September 6, 2022. On September 12, 2022, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Karen J. Langsley to file appellant's brief no later than September 29, 2022. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on September 15, 2022.

Before Chief Justice Byrne, Justices Triana and Smith